UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| AMY ELIZABETH ALLRED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:14-CV-530-FL |
| MAL ENTERTAINMENT, doing ) | |
| business as Capital Cabaret, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on May 12, 2016, and for the reasons set forth more specifically therein, that summary judgment is granted in favor of the defendant.

**This Judgment Filed and Entered on May 12, 2016, and Copies To:**

Amy E. Allred (via U.S. Mail) 8485 Central Dr., Raleigh, NC 27613
Joseph Lester Ledford (via CM/ECF Notice of Electronic Filing)


May 12, 2016     JULIE RICHARDS JOHNSTON, CLERK
     /s/ Christa N. Baker
     (By) Christa N. Baker, Deputy Clerk